tiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

*S. E. Filkins* for appellant.

*Charles A. Pooley* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs ; no opinion.

Concur : BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent : PARKER, Ch. J. Not voting : GRAY, J.

---

COLUMBIA BANK, Respondent, *v.* AMERICAN SURETY COMPANY OF NEW YORK, Appellant.

*Columbia Bank* v. *American Surety Co.*, 84 App. Div. 487, affirmed.
(Argued May 10, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 1, 1903, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Stillman F. Kneeland* and *Henry C. Willcox* for appellant.

*Julius J. Frank* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

JOHN J. MCGRATH, Appellant, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

*McGrath* v. *Equitable Life Assur. Socy.*, 83 App. Div. 642, affirmed.
(Argued May 10, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 10, 1903, affirming a judgment in favor of plaintiff on the first cause of action and in favor of defendant on the second

cause of action, entered upon a verdict directed by the court, and also affirming an order denying plaintiff's motion for a new trial.

*Raphael J. Moses* for appellant.

*Charles B. Alexander* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE ST. JOHN WOOD-WORKING COMPANY, Respondent, *v.* SAMUEL W. B. SMITH et al., Appellants.

*St. John Wood-Working Co.* v. *Smith,* 82 App. Div. 348, affirmed.
(Argued May 10, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 24, 1903, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Thomas C. Ennever* for appellants.

*Charles W. Dayton* and *Joseph E. Bullen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

CATHERINE J. FANNING, Respondent, *v.* THE SUPREME COUNCIL OF THE CATHOLIC MUTUAL BENEFIT ASSOCIATION, Respondent, and HANORA DALTON, Appellant.

*Fanning* v. *Supreme Council, C. M. B. A.,* 84 App. Div. 205, affirmed.
(Argued May 11, 1904; decided May 31, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 12, 1903, modifying and affirming as modified a judgment